No. 720, Misc.  WILLIAMS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 723, Misc.  BLY *v.* McGEE, CORRECTIONS DIRECTOR, ET AL.  Supreme Court of California.  Certiorari denied.

No. 724, Misc.  SCHNEIDER *v.* SOUTH CAROLINA ET AL. C. A. 4th Cir.  Certiorari denied.

No. 726, Misc.  JAVOR *v.* DUNBAR, CORRECTIONS DIRECTOR.  Supreme Court of California.  Certiorari denied.

No. 727, Misc.  BURNETT *v.* PATE, WARDEN.  Supreme Court of Illinois.  Certiorari denied.  *John R. Snively* for petitioner.

No. 730, Misc.  MITCHELL *v.* McGEE, CORRECTIONS DIRECTOR, ET AL.  Supreme Court of California.  Certiorari denied.

No. 732, Misc.  DEVORE *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 734, Misc.  JONES *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.

No. 736, Misc.  BROWN *v.* DAVIS, WARDEN, ET AL. Court of Appeals of Kentucky.  Certiorari denied.  Petitioner *pro se.  John B. Breckinridge,* Attorney General of Kentucky, and *Ray Corns,* Assistant Attorney General, for respondent.